**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LMEC Electric, Inc.,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**Related Companies, L.P., et al.,**<br><br>**Defendants.** | **1:26-cv-07239 (JAV) (SDA)**<br><br>**ORDER SCHEDULING**<br>**<u>SETTLEMENT CONFERENCE</u>** |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, November 5, 2026, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The participating parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Thursday, October 29, 2026).

**SO ORDERED.**

Dated: New York, New York
September 25, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge