**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LMEC Electric, Inc.,**

**Plaintiff,**

**-against-**

**Related Companies, L.P., et al.,**

**Defendants.**

**1:26-cv-07239 (JAV) (SDA)**

**<u>ORDER</u>**

**STEWART D. AARON, United States Magistrate Judge:**

As discussed during today's settlement conference, Plaintiff intends to file an amended pleading on the terms discussed during the conference. It is hereby ORDERED that such pleading shall be filed no later than November 19, 2026, after which the other terms can be effectuated.

**SO ORDERED.**

Dated: New York, New York
November 5, 2026

Stewart D. Aaron

STEWART D. AARON
United States Magistrate Judge